UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

MICHAEL S. STEELE

    Plaintiff,

v.                    : Civil Action No. WMN-02-CV1102

PARRIS N. GLENDENING,

    Defendant.

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), plaintiff Michael S. Steele hereby notes voluntary dismissal of the above-filed action.

BAKER & HOSTETLER LLP

By _____
Lee T. Ellis, Jr. (1372)
Ralph G. Blasey, III (11164)
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 861-1500
FAX (202) 861-1783

Attorneys For Plaintiff

Of Counsel:
Matthew S. Dolan
E. Mark Braden
Amy M. Henson
Baker & Hostetler LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 861-1500
FAX (202) 861-1783

"APPROVED" THIS 13th DAY OF June, 2002

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2002, I sent a copy of the foregoing by first class mail, postage prepaid, to:

J. Joseph Curran, Jr., Esq.
Maureen M. Dove, Esq.
Steven M. Sullivan, Esq.
Randolph S. Sergent, Esq.
Attorney General's Office
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202

And

Robert A. Zarnoch, Esq.
Kathryn M. Rowe
Attorney General's Office
104 Legislative Services Building, Room 104
Annapolis, Maryland  21401

_____
Lee T. Ellis, Jr.